# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael McNeill,<br><br>    Plaintiff,<br><br>v.<br><br>NPAS Incorporated,<br><br>    Defendant. | No. CV-16-08018-PCT-SRB<br><br>**ORDER** |

Pursuant To Stipulation,

IT IS ORDERED that all claims against Defendant NPAS Incorporated ("NPAS") are dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

Dated this 29th day of June, 2016.

_____
Susan R. Bolton
United States District Judge